UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY DAWSON,

        Plaintiff,        Case Number: 5:14-CV-13152
                                        HON. JOHN CORBETT O'MEARA

v.

K. MURDOCK, et al.,

        Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

The plaintiff, Terry Dawson, filed a *pro se* civil rights complaint. Dawson, who is incarcerated at the St. Louis, Michigan, failed to pay the filing fee for a civil action, $400.00, or to file the required papers to proceed *in forma pauperis*, 28 U.S.C. § 1915(a)(2). The Court, therefore, issued an Order to Correct Deficiency (Deficiency Order).

The Deficiency Order required Dawson to submit the $400.00 filing fee or, alternatively, to file an application to proceed *in forma pauperis,* a certified copy of his prisoner trust account statement and a statement of trust fund account for the six-month period immediately preceding the filing of the complaint. The Deficiency Order provided that, if Dawson did not correct the deficiency within thirty days, the complaint would be dismissed. The time for correcting the deficiency has elapsed and

Dawson has failed to file the required documents or pay the filing fee.

Accordingly, the complaint is **DISMISSED WITHOUT PREJUDICE**.

                          s/John Corbett O'Meara
                          United States District Judge

Date: November 19, 2014

I hereby certify that a copy of the foregoing document was served upon Plaintiff on this date, November 19, 2014, using first-class U.S. mail.

                          s/William Barkholz
                          Case Manager